UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:20-cv-61822-RS

RYAN TURIZO,
individually and on behalf of all
others similarly situated,   **CLASS ACTION**

    Plaintiff,   **JURY TRIAL DEMANDED**

v.

183 PALMETTO HOLDINGS, LLC d/b/a
SOLESTE BAY VILLAGE,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Ryan Turizo, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action. All claims of Plaintiff Ryan Turizo, individually, are hereby dismissed <u>without</u> prejudice. All claims of the putative class members are hereby dismissed <u>without</u> prejudice.

Dated: December 9, 2020

    Respectfully submitted,

    */s/ Manuel S. Hiraldo*
    Manuel S Hiraldo
    HIRALDO P.A.
    401 E. Las Olas Boulevard
    Suite 1400
    Ft. Lauderdale, FL 33301
    954-400-4713
    Email: mhiraldo@hiraldolaw.com