UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61822-CIV-SMITH

RYAN TURIZO, individually and on behalf of all
others similarly situated,

        Plaintiff,

v.

183 PALMETTO HOLDINGS, LLC,

        Defendant.
_____/

### ORDER DISMISSING WITHOUT PREJUDICE

This cause is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice [DE 26]. Defendant has not yet filed an answer or a motion for summary judgment. Upon consideration, it is hereby:

**ORDERED that:**

1. This case is **DISMISSED WITHOUT PREJUDICE.**

2. All pending motions are **DENIED as moot.**

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida this 9th day of December, 2020.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to all counsel of record